William D. Hyslop
United States Attorney
Eastern District of Washington
Matthew A. Stone
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE JIM PETERS,<br><br>Defendant. | 1:20-CR-2046-SAB<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 1153, 2242(2)(B)<br>Sexual Abuse |

The Grand Jury charges:

On or about July 12, 2020, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, CHARLIE JIM PETERS, an Indian, did knowingly cause Minor 1 to engage in a sexual act, to wit, the intentional touching, not through the clothing, of the genitalia of Minor 1, a minor who had not attained the age of 16 years and such touching was done with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, and Minor 1 was, as the Defendant well knew, at that time physically incapable of declining

INDICTMENT – 1

participation in the aforementioned sexual act and physically incapable of communicating unwillingness to engage in the aforementioned sexual act, in violation of 18 U.S.C. §§ 1153, 2242(2)(B).

DATED this 8th day of December, 2020.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Matthew A. Stone
Assistant United States Attorney

INDICTMENT – 2