## CHARGES AND PENALTIES

**CASE NAME:** Charlie Jim Peters     **CASE NO.** 1:20-CR-2046-SAB-1

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 1153, 2242(2)(B), and 2246(2)(C) and (D) | Sexual Abuse | CAG NMT Life; $250,000 fine; not less than 5 years supervised release; a $100 and a $5000 Special Penalty Assessment |