1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Matthew A. Stone
4  Assistant United States Attorney
   402 E. Yakima Ave., Ste. 210
5  Yakima, WA 98901-2760
6  Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLIE JIM PETERS, <br><br> Defendant. | Case No.: 1:20-CR-2046-SAB <br><br> Motion To Seal Indictment |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Matthew A. Stone, Assistant United States Attorney for the Eastern District of Washington, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order sealing the Indictment until further order of the Court or until Defendant's arrest, whichever comes first.

Dated this 8th day of December, 2020.

William D. Hyslop
United States Attorney

s/Matthew A. Stone
Matthew A. Stone
Assistant United States Attorney

MOTION TO SEAL INDICTMENT - 1