1
2
3
4                         UNITED STATES DISTRICT COURT
5                         EASTERN DISTRICT OF WASHINGTON
6
7    UNITED STATES OF AMERICA,            No. 1:20-CR-02046-SAB
8                    Plaintiff,
9    vs.                                  ACKNOWLEDGMENT OF NOTICE
                                          OF RIGHTS - INDICTMENT
10   Charlie Jim Peters,
11              Defendant's Printed Name.

12       The undersigned defendant does hereby acknowledge: I appeared on this date
13   and was advised as follows:

   1. Of the charge or charges placed against me, and I acknowledge receipt of
      a copy of the:
         ☑ Indictment
         ☐ First/Second/Third/Fourth Superseding Indictment

   2. Of the maximum penalty provided by law;

   3. My right to remain silent at all times and if I make a statement it can be
      used against me;

   4. My right to retain my own counsel; and if I am without funds, to have
      counsel appointed to represent me in this matter;

   5. My right to a jury trial before a United States District Judge, to be
      confronted by the United States' witnesses and to have witnesses attend
      on my behalf;

   6. My right to a bail hearing, if I am in custody;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____  Date: 01/05/2021
Interpreter Signature

_____  _____ L. Faviola Gutierrez
Interpreter Printed Name                  Defendant Signature

I reviewed this document with Mr. Peters telephonically on January 05, 2021. He consents on me signing on his behalf.

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2