AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 05, 2021**

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHARLIE JIM PETERS | ) Case No. 1:20-CR-2046-SAB-1 | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHARLIE JIM PETERS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153, 2242(2)(B) Sexual Abuse

Date: Dec 08, 2020, 5:02 pm

*Issuing officer's signature*

City and state: Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 12/8/20, and the person was arrested on *(date)* 1/4/21
at *(city and state)* Yakima WA

Date: 1/4/21

Arrested within the E/WA
By: FBI
*(Agency)*
Executed On: 1/4/21
Sign: Ralph K Harvey USMS
*Printed name and title*