# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v.  CHARLIE JIM PETERS**        Case No.   1:20-CR-2046-SAB-1

Richland Video Conference
The Defendant agreed to appear via video conference.

## Arraignment/Initial Appearance on Indictment:                01/05/2021

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Michael Murphy, US Atty (video) |
| ☐ | Pam Howard, Courtroom Deputy [Y] | ☒ | Jennifer Barnes, Defense Atty (video) |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody, appearing by video from the YCJ. | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights previously filed |
| ☒ | Financial Affidavit (CJA 23) previously filed | ☒ | Defendant does not want a copy of charging document sent to him at the YCJ. |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| | | ☐ | PRE-Trial Services Report ordered |
| ☐ | Conditions of Release Imposed | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

Due to the current COVID-19 public health crisis, all parties including Defendant, are appearing by video or teleconference.

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: Charlie Jim Peters.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**01/06/2021 @ 2:45 p.m.**
**[Y/MKD] (Video Conf)**

---

Digital Recording /R-326         Time:  3:05 p.m. – 3:13 p.m.                    Page 1