FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2021

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLIE JIM PETERS,<br><br>Defendant. | No. 1:20-CR-02046-SAB-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT AND SETTING DETENTION HEARING<br><br>**USMS ACTION REQUIRED** |

On Tuesday, January 05, 2021, Defendant made an initial appearance and was arraigned based on the Indictment (ECF No. 1). With his consent, Defendant appeared by video from Yakima County Jail and was represented by Assistant Federal Defender Jennifer Barnes. Assistant United States Attorney Michael Murphy represented the United States.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

The Office of the Federal Defenders was appointed to represent Defendant.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT AND SETTING DETENTION HEARING - 1

**Defense counsel shall ensure Defendant receives a copy of the Indictment (ECF No. 1), or if Defendant requests not to have a copy in Defendant's possession, that the Indictment has been reviewed with Defendant and is available to Defendant upon request, and shall file a certification with the Court to that effect within seven days of the date of this Order.**

The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case. http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

As required by Fed. R. Crim. P. 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in sanctions, including exclusion of evidence or witnesses, adverse jury instructions, dismissal of charges, and contempt proceedings.

A detention hearing was set before **Judge Dimke by video in Yakima, Washington, on Wednesday, January 06, 2021, at 2:45 PM.** Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing. The United States Probation/Pretrial Services Office shall prepare a supplemental pretrial services report prior to the hearing and shall notify defense counsel prior to interviewing Defendant.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT AND SETTING DETENTION HEARING - 2

DATED January 5, 2021

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT AND SETTING DETENTION HEARING - 3