1  Jeremy B. Sporn
2  Federal Defenders of Eastern Washington & Idaho
   306 E. Chestnut Ave.
3  Yakima, WA 98901
   (509) 248-8920
4
   Attorney for Defendant
5  Charlie Jim Peters

6

7              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
8                The Honorable Stanley A. Bastian
9

10 | United States of America,
11 |                    Plaintiff,        No.  1:20-CR-2046-SAB
12 |     v.                               **Notice of Appearance**
13 | Charlie Jim Peters,
14 |
15 |                    Defendant.

16      Please take notice that Jeremy B. Sporn of the Federal Defenders
17
18 of Eastern Washington and Idaho hereby enters his appearance as
19 counsel of record in this matter.  All future correspondence and court
20 filings should be forwarded directly to the address listed above.
21
22
23
24
25

Notice of Appearance:  1

Dated: January 8, 2021.

By s/ Jeremy B. Sporn
Jeremy B. Sporn
4779310, New York
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jeremy_Sporn@fd.org

## Certificate of Service

I hereby certify that on January 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Matthew A. Stone, Assistant United States Attorney.

s/ Jeremy B. Sporn
Jeremy B. Sporn