Jennifer R. Barnes
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>     v.<br><br>Charlie Jim Peters,<br><br>                              Defendant. | No.  1:20-CR-2046-SAB<br><br>**Notice of Certification** |

Please take notice that undersigned counsel has spoken with Mr. Peters who has requested to not be mailed a copy of the indictment in his case. However, the indictment has been reviewed and is available upon Mr. Peters's request.

Dated:  January 11, 2021.

Notice of Certification:  1

By s/ Jennifer R. Barnes
Jennifer R. Barnes, 23664
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jennifer_Barnes@fd.org

**Certificate of Service**

I hereby certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Matthew A. Stone, Assistant United States Attorney.

s/ Jennifer R. Barnes
Jennifer R. Barnes

Notice of Certification:  2