Jeremy B. Sporn
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>    v.<br><br>Charlie J. Peters,<br><br>                              Defendant. | No. 1:20-cr-2046-SAB<br><br>**Motion to Expedite Hearing**<br><br>**Without Oral Argument**<br>**February 4, 2021, 6:30 p.m.** |

    Charlie J. Peters hereby moves this court to consider on an expedited basis his separately filed Motion for Discovery and/or to Compel.  Mr. Peters respectfully requests that the Court bypass the standard hearing times set forth in Local Rule 7.1(h)(2)(a).  The defense requests that the Court rules on an expedited basis, both because it concerns our ability to review vital discovery and learn just the basics as to the government's case, as well as to determine whether a conflict of interest with another client might necessitate withdrawal.  These issues are time-sensitive, and should be resolved sooner rather than later.

Motion to Expedite:  1

Dated: January 28, 2021.

> By s/ Jeremy B. Sporn
> Jeremy B. Sporn
> 4779310, New York
> Federal Defenders of Eastern
> Washington and Idaho
> 306 East Chestnut Avenue
> Yakima, Washington 98901
> (509) 248-8920
> Jeremy_Sporn@fd.org

### Certificate of Service

I hereby certify that on January 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Matthew A. Stone and Michael D. Murphy, Assistant United States Attorneys.

> s/ Jeremy B. Sporn
> Jeremy B. Sporn