# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>-vs-<br>CHARLIE JIM PETERS,<br><br>                              Defendant. | Case No.    1:20-CR-2046-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:    FEBRUARY 19, 2021<br><br>LOCATION:    BY VIDEO CONFERENCE<br><br>**MOTION HEARING** |
|---|---|

| Chief Judge Stanley A. Bastian |||
|---|---|---|
| Michelle Fox | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Murphy – by Video<br>Matthew Stone – by Video | | Jeremy Sporn – by Video |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** |||

[ ] Open Court            [ ] Chambers            [ X ] Telecon/Video

Defendant Not Present  - Defendant has waived his presence for this hearing.

Motion for Discovery and/or Compel, ECF No. 23

Court summarizes the motion.  Court has reviewed all the documents.

Court questions counsel.
    J. Sporn responds.

J. Sporn presents argument on motion.
    Court questions counsel.
    J. Sporn responds.

M. Murphy presents argument.
    Court questions counsel.
    M. Murphy responds.
    Court questions counsel.
    M. Murphy responds.

# [ X ]  ORDER FORTHCOMING

| CONVENED:  8:30 A.M. | ADJOURNED:  9:00 A.M. | TIME:  30 MIN. | CALENDARED    [ X ] |
|---|---|---|---|

**Court rules. Discovery in a criminal case should error on side of open book.  Defendant should know who the witnesses are.  Protective orders can be entered to protect victims or witnesses.**

J. Sporn summarizes the potential conflict.

M. Murphy requests leave to submit a protective order regarding the material involving the witnesses.
    Court: yes, submit a protective order.

Court goes off record to have counsel confer.

Court goes back on record.

J. Sporn not sure if there is a conflict yet.

Court will be available if any issues.  Counsel may submit a protective order.