Jeremy B. Sporn
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| United States of America, | |
|---|---|
| Plaintiff, | No. 1:20-cr-2046-SAB |
| v. | |
| Charlie J. Peters, | **Motion to Expedite Hearing** |
| Defendant. | **Without Oral Argument** <br> **February 22, 2021 at 6:30 p.m.** |

Charlie J. Peters hereby moves this court to consider on an expedited basis his separately filed Ex Parte motion. Mr. Peters respectfully requests that the Court bypass the standard hearing times set forth in Local Rule 7.1(h)(2)(a), for the time-sensitive reasons articulated in the ex parte motion.

Dated: February 19, 2021.

Motion to Expedite: 1

By s/ Jeremy B. Sporn
Jeremy B. Sporn
4779310, New York
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jeremy_Sporn@fd.org

**Certificate of Service**

I hereby certify that on February 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Matthew A. Stone, Assistant United States Attorney.

s/ Jeremy B. Sporn
Jeremy B. Sporn

Motion to Expedite:  2