FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>CHARLIE JIM PETERS,<br><br>               Defendant. | No. 1:20-CR-02046-SAB-1<br><br>**ORDER GRANTING MOTION TO WITHDRAW; REFERRING FOR APPOINTMENT OF COUNSEL** |

     Before the Court are Counsel Jeremy Sporn's Ex Parte Motion to Withdraw, ECF No. 30, and an associated motion to expedite, ECF No. 31. Mr. Sporn has learned that he has a conflict of interest in this case that prevents him from ethically representing Mr. Peters.

     Accordingly, **IT IS HEREBY ORDERED:**

     1. Counsel Jeremy Sporn's Motion to Expedite, ECF NO. 31, is **GRANTED**.

     2. Counsel Jeremy Sporn's Ex Parte Motion to Withdraw, ECF No. 30, is **GRANTED**.

//

//

**ORDER GRANTING MOTION TO WITHDRAW; REFERRING FOR APPOINTMENT OF COUNSEL \* 1**

3. This matter is referred to Magistrate Judge Mary K. Dimke for appointment of counsel from the CJA panel.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel **AND** Magistrate Judge Dimke.

**DATED** this 19th day of February 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO WITHDRAW; REFERRING FOR APPOINTMENT OF COUNSEL * 2**