# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br>CHARLIE JIM PETERS,<br><br>Defendant. | Case No.     1:20-CR-2046-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:     OCTOBER 6, 2021<br><br>LOCATION:  YAKIMA, WA<br><br>PRETRIAL CONFERENCE AND MOTION HEARING |

| Chief Judge Stanley A. Bastian |||
|---|---|---|
| Michelle Fox | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Murphy<br>Matthew Stone | | Eric Eisinger<br>Kenneth Therrien |
| **Government Counsel** | | **Defense Counsel** |
| United States Probation Officer: |||

[ X ]  Open Court          [   ]  Chambers          [   ]  Telecon/Video

Motion to Continue, ECF No. 48

Court addresses counsel regarding Motion to Continue.  Defendant does not agree to the continuance.

K. Therrien presents argument on Motion to Continue.  Requesting a trial date on April 4, 2022.

Court summarizes argument and reasoning for continuance.

M. Murphy responds.  Does not oppose the Motion to Continue.  There will be 2 expert witnesses.  Estimate: 3 days.

Court addresses counsel.

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 10:03 A.M. | ADJOURNED: 10:20 A.M. | TIME: 17 MIN. | CALENDARED   [ X ] |
|---|---|---|---|

*United States –vs- C. Peters*  October 6, 2021
1:20-CR-2046-SAB-1  Page 2
Motion Hearing

K. Therrien indicates they may be identifying an expert witness.  Need time to determine.

Court speaks to the defendant.

Defendant speaks to the Court.

Court will not have defendant sign a speedy trial waiver since there is an objection.  Court GRANTS Motion to Continue. Court speaks to the defendant. Exclude time from October 25, 2021 and new trial date of April 4, 2022.  Pretrial conference continued to March 23, 2022 at 11:00 a.m.